```
                    UNITED STATES DISTRICT COURT

                   CENTRAL DISTRICT OF CALIFORNIA


BRIAN A. LONG,                      )  CASE NO. CV 15-2306-AG (PJW)
                                    )
           Petitioner,              )  ORDER TO SHOW CAUSE WHY PETITION
                                    )  SHOULD NOT BE DISMISSED
      v.                            )
                                    )
J. SOTO, WARDEN,                    )
                                    )
           Respondent.              )
_____)
```

On March 15, 2015, Petitioner signed a Petition for Writ of Habeas Corpus, which was subsequently filed in this Court, challenging a 2002 conviction for attempted murder and assault with a deadly weapon and resultant 25-years-to-life sentence. (Petition at 2.) Petitioner claims that he was denied the effective assistance of counsel at trial. (Memorandum of Points and Authorities attached to Petition.) For the following reasons, Petitioner is ordered to show cause why his Petition should not be dismissed because it is time-barred.

State prisoners seeking to challenge their state convictions in federal habeas corpus proceedings are subject to a one-year statute of limitations. 28 U.S.C. § 2244(d). Here, Petitioner's conviction became final on July 27, 2004--90 days after the California Supreme

1  Court denied his petition for review and the time expired for him to
2  file a petition for writ of certiorari in the United States Supreme
3  Court.¹  *See, e.g., Brambles v. Duncan*, 412 F.3d 1066, 1069 (9th Cir.
4  2005).  Therefore, the statute of limitations expired one year later,
5  on July 27, 2005.  Petitioner, however, did not file this Petition
6  until March 15, 2015, almost 10 years after the deadline.²

7      IT IS THEREFORE ORDERED that, no later than **April 30, 2015,**
8  Petitioner shall inform the Court in writing why this case should not
9  be dismissed with prejudice because it is barred by the statute of
10 limitations.  Failure to timely file a response will result in a
11 recommendation that this case be dismissed.

12     DATED: March 30, 2015

                                    _____
                                    PATRICK J. WALSH
                                    UNITED STATES MAGISTRATE JUDGE

S:\PJW\Cases-State Habeas\LONG, B 2306\OSC dismiss pet.wpd

---

¹ A review of the state appellate court website, http://appellatecases.courtinfo,ca.gov, shows that his petition for review was denied by the California Supreme Court on April 28, 2004 (S123534).

² Pursuant to the "mailbox rule" for prisoner filings, the Court uses the date Petitioner signed his pleadings (and presumably delivered them to prison staff for mailing) as the filing date.  *See Houston v. Lack*, 487 U.S. 266, 275-76 (1988).