JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| BRIAN A. LONG, | ) | CASE NO. CV 15-2306-AG (PJW) |
| Petitioner, | ) | |
| v. | ) | J U D G M E N T |
| J. SOTO, WARDEN, | ) | |
| Respondent. | ) | |

Pursuant to the Order Accepting Report and Adopting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: <u>Sept 27, 2018</u>

_____
ANDREW J. GUILFORD
UNITED STATES DISTRICT JUDGE

C:\Users\isabelmartinez\AppData\Local\Temp\notes95E17C\Long Judgment.wpd